ACCEPTED
06-15-00194-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/24/2015 11:39:44 AM
DEBBIE AUTREY
CLERK

# SIXTH COURT OF APPEALS

## 06-15-00194-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/28/2015 9:07:00 AM
DEBBIE AUTREY
Clerk

*Natalie Ausbie Reynolds*, Appellant

v.

*State of Texas*, Appellee

On Appeal from the 354th District Court
Hunt County
Cause No. 29263

# Motion to Extend Time to File Appellant's Brief

**Michael Mowla**
**P.O. Box 868**
**Cedar Hill, TX 75106**
**Phone: 972-795-2401**
**Fax: 972-692-6636**
**michael@mowlalaw.com**
**Texas Bar No. 24048680**
**Attorney for Appellant**

**To the Honorable Justices of the Court of Appeals:**

Appellant Natalie Ausbie Reynolds moves for an extension of time of **30 days** to file the Appellant's Brief [*See* Tex. Rule App. Proc. 10.5(b) and 38.6(c)]:

1.     This case is on appeal from the 354th District Court of Hunt County.

2.     The case below is styled *State v. Reynolds*, and is numbered 29263.

3.     Sentence was imposed in open court on October 20, 2015.

4.     Appellant was convicted of Official Oppression.

5.     The clerk's record was filed on December 23, 2015.

6.     The reporter's record was filed on December 22, 2015.

7.     The Appellant's Brief is due on **January 22, 2016**.

8.     Appellant requests an extension until **February 22, 2016** to file the Appellant's Brief.

9.     No previous extension to file the Appellant's Brief has been filed.

10.     Appellant relies on the following facts as good cause for the requested extension: undersigned attorney for Appellant is presently working on two applications for writs of habeas corpus due to be filed by the middle of January 2016. One deals with a continuation of the underlying issues in *Miller v. Alabama*, 132 S.Ct. 2455 (2012).  The other deals with the sex offender registration statute.

11.     Further, attorney for Appellant has the following briefs, petitions for discretionary review, or other pleadings due soon:

2

- Appellant's Brief in *Nguyen v. State*, 06-15-00127-CR, due on January 4, 2016 in the Sixth Court of Appeals.

- Petition for Discretionary Review in *Lowe v. State*, PD-1427-15, due on January 4, 2016 in the Court of Criminal Appeals.

- Appellant's Brief in *USA v. Ziba*, 15-10873, due on January 15, 2016 in the Fifth Circuit.

- Appellant's Brief in *Jack v. State*, 01-15-00848-CR, due on January 18, 2016 in the First Court of Appeals.

- Appellant's Brief in *Perez v. State*, 07-15-00320-CR, due on February 16, 2016 in the First Court of Appeals.

12.     In addition, attorney for Appellant has been working on two complex death penalty habeas cases - *Ex parte Thomas*, F86-85539, in the 194th Judicial District Court, and *Green v. Director*, 3:15-cv-02197-M-BH, in the Northern District of Texas.

13.     Also on January 13, 2016, attorney for Appellant has oral argument before the Court of Criminal Appeals in *Shortt v. State*, PD-0597-15.

14.     Finally, during the week of January 25, 2016, attorney for Appellant has a jury trial in a murder case in *State v. Robic*, F15-23573, in the 282nd District Court.

15.     These cases are in addition to the hearings and trial dockets of attorney for Appellant.

16.     Attorney for Appellant has a responsibility to Appellant to provide

effective assistance of appellate counsel, *see Evitts v. Lucey*, 469 U.S. 387, 392 (1985), and attorney for Appellant believes that that the requested additional time is necessary to provide such counsel.

17. This Motion is not filed for purposes of delay, but so that justice may be served.

**<u>Prayer</u>**

Appellant prays that this Motion for Extension of Time to File Appellant's Brief be granted.

Respectfully submitted,

Michael Mowla
P.O. Box 868
Cedar Hill, TX 75106
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellant

**/s/ Michael Mowla**
Michael Mowla

4

## Certificate of Service

I certify that on December 24, 2015, a true and correct copy of this document was served on Hunt County District Attorney Nobie Walker, 2507 Lee Street, Greenville, TX 75401, phone 903-408-4180, fax 903-408-4296, nwalker@huntcounty.net, by email.

/s/ **Michael Mowla**
Michael Mowla